# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**WAYNE D. HARDING**                                                     **PLAINTIFF**

V.                      **CIVIL CASE NO. : 2:04CV2262**

**USA TRUCK, INC.**                                                      **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this __1st__ day of __November__, 2005, the parties herein having filed a stipulation for dismissal, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure,

IT IS ORDERED that Plaintiff's complaint be, and hereby is, dismissed with prejudice.

                                   AT THE DIRECTION OF THE COURT

                                   CHRISTOPHER R. JOHNSON, CLERK

                                   By: __/s/ Mary Rodgers__
                                            Mary Rodgers
                                            Deputy Clerk